

# NUMBER 13-14-00428-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ALMA INVESTMENTS, INC.,                                    Appellant,

v.

BAHIA MAR CO-OWNERS ASSOCIATION, INC.,                     Appellee.

### On appeal from the 197th District Court
### of Cameron County, Texas

# ORDER ABATING APPEAL

### Before Justices Rodriguez, Benavides, and Perkes
### Per Curiam

This cause is before the Court on the record and appellant's unopposed motion to abate the appeal pending the parties' agreed mediation. The Court, having examined and fully considered the documents on file and the unopposed motion to abate, is of the opinion that the unopposed motion to abate the appeal pending the parties' mediation

should be granted. The motion to abate the appeal pending the parties' mediation is GRANTED and this appeal is ordered ABATED until January 12, 2015.

The Court directs appellants to file, on or before January 12, 2015, either (1) a motion to reinstate the appeal, accompanied by appellant's brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
22nd day of October, 2014.

2